# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARKFORGED, INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>DESKTOP METAL, INC.,<br><br>   *Defendant*. | Civil Action No. 1:19-CV-11635 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, the undersigned, counsel of record for Markforged, Inc., hereby discloses and certifies as follows:

Markforged, Inc. is a non-government corporate party and there is no corporate parent of Markforged, Inc. Further, there are no publicly held corporations that own 10 percent or more of Markforged, Inc.'s stock.

Date: July 30, 2019

Respectfully submitted,

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com

*Attorney for Plaintiff MarkForged, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed today through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent by U.S. Mail to those indicated as non-registered participants on July 30, 2018.

                                       /s/ *Harvey J. Wolkoff*  
                                        Harvey J. Wolkoff